# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**CHARLES JACKSON**                                      **CIVIL ACTION**

**VERSUS**                                               **NO: 01-3470**

**N. BURL CAIN, WARDEN**                                 **SECTION "H"**

## ORDER AND REASONS

Before the Court are Petitioner Charles Jackson's Motion for Reconsideration (Doc. 21) and Supplemental Motion for Reconsideration (Doc. 22). This Court, however, considered and denied Plaintiff's previous Rule 60(b) motion for relief from judgment on November 4, 2024.[1] The current motions raise no valid claims for relief and appear to be repetitive. Accordingly,

**IT IS ORDERED** that the Motion for Reconsideration (Doc. 21) and Supplemental Motion for Reconsideration (Doc. 22) are hereby **DENIED**.

**IT IS FURTHER ORDERED** that, in accordance with the Civil Statistical Guide, the Clerk shall nunc pro tunc **OPEN** this case for statistical credit for the Court's consideration of the motions filed on December 4, 2024, and January 29, 2025, and **CLOSE** the case on resolution of the motions upon this date.

---

[1] Doc. 20.

New Orleans, Louisiana, this 26th day of June 2025.

_____
 **JANE TRICHE MILAZZO
 UNITED STATES DISTRICT JUDGE**